Case 1:12-cr-00438-JLK   Document 184   Filed 07/25/13   USDC Colorado   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **12-cr-438-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

2. **SERGIO ALONSO MENDOZA-HURTADO,**
3. **AURORA RODRIGUEZ-RIVAS,**
4. **HERIBERTO VERDUGO-LEYVA,**

        Defendants.

---

## MINUTE ORDER
*Correcting Date of Status Conference*

---

Judge John L. Kane **ORDERS**

The Status Conference set for August 14, 2013 is **VACATED AND RESET** for

**August 21, 2013** **at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901

19th Street, Denver, Colorado.

---

Dated:  July 25, 2013