# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Janet Coppock<br>Interpreter: Susana Cahill<br>Probation Officer: Patrick Lynch | Date: October 2, 2014 |

Criminal Action No.: 12-cr-00438-JLK

*Parties:*                                                               *Counsel:*

UNITED STATES OF AMERICA,                               Mark J. Barrett

    Plaintiff,

v.

2.    SERGIO ALONSO MENDOZA-           Clifford J. Barnard
    HURTADO,

    Defendant.

---

## SENTENCING MINUTES

---

**3:07 p.m.**    **Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

**Change of Plea Hearing: July 10, 2014.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

*12-cr-00438-JLK*
*Sentencing*
*October 2, 2014*

**ORDERED:** Defendant Mendoza-Hurtado's Sentencing Memorandum And Motion For A Below-Guidelines Sentence (Filed 9/22/14; Doc. No. 364) is GRANTED.

**ORDERED:** The Government's Motion For Non-Guideline Sentence is GRANTED.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **70 months**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **2 years**.

**Conditions of supervised release:**
- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm or destructive device.
- (X)   Defendant shall comply with the standard conditions adopted by the Court.
- (X)   Defendant shall not illegally possess controlled substances.
- (X)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X)   Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X)   Mandatory drug testing provisions of 18 U.S.C. § 3563A5 are waived because it is likely defendant will be deported.
- (X)   Defendant, if deported, shall not return to the United States illegally. If the defendant re-enters the United States legally, defendant shall report to the nearest United States Probation Office within 72 hours of his return.

**It is the RECOMMENDATION of the Court that the Defendant receives credit for time already served - a total of 730 days.**

**It is the RECOMMENDATION of the Court that the Bureau of Prisons place the Defendant receive a full physical evaluation and examination and that the institution can provide the medical treatment that is recommended by physicians.**

*12-cr-00438-JLK*
*Sentencing*
*October 2, 2014*

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**3:43 p.m.      Court in recess.**
Hearing concluded.
Total in-court time: 36 minutes.